UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
THE ESTATE OF ADAMINA NEGRON,
                     Plaintiff,

          -against-

PROVIDENCE REST, INC., et al.
                     Defendants.
------------------------------------------------------------X

23 Civ. 1293 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated February 17, 2023, required the parties to file a proposed case management plan and joint letter by March 29, 2023, at 12:00 P.M.;

WHEREAS, the initial pretrial conference is currently scheduled for April 5, 2023, at 4:20 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **April 5, 2023, at 12:00 P.M.** The initial pretrial conference scheduled for April 5, 2022, is adjourned to **April 12, 2023, at 4:20 P.M.**

Dated: April 3, 2023
       New York, New York

                                                     LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE