Alfred P. Vigorito
John W. Barker
Gary W. Patterson, Jr.*
Jeffrey R. Nichols*
Mamie Stathatos-Fulgieri
Scott A. Singer
Gregg D. Weinstock*** ■ ::
Kiki Chrisomallides*
Dylan Braverman
Adam S. Covitt

Kevin D. Porter
Susan Vari

Brian Andrews
Margaret Antonino* ■
Edward J. Arevalo
Robert Boccio
Bruce Brady *
Thomas Brennan ■
Dawn Bristol
Kenneth J. Burford
Gilbert H. Choi
Joshua R. Cohen

Charles K. Faillace ±
Danielle M. Hansen
Anna Hock
Thomas Jaffa
Gemma Kenney ***
Ruth Bogatyrow Kraft
Douglas Langholz
Jason Lavery *
Megan A. Lawless‡
Guy A. Lawrence
Timothy P. Lewis –
Jennifer M. Lobaito
Neil Mascolo, Jr.
Adonaid Medina*
Ralph Vincent Morales
Vincent Nagler **
Carolyn Rankin
Miles S. Reiner
Bhalinder L. Rikhye
Tammy A. Trees
Nicole M. Varisco
Julia F. Wilcox ::
Arthur I. Yankowitz**

Danielle Bennett ∆
Theresa A. Bohm
Angela R. Bonica *
Julia Combs †
Christine Crane
Michael P. Diven * ** ::
Tyler M. Fiorillo
Lauren P. Ingvoldstad†
Jillian Kuper †
Christian McCarthy
John O'Brien
Daniel O'Connell * ■
Kara Ognibene †
Emily Phillips
Alesha Powell
Kathleen M. Thompson
Paul Toscano
Claudine Travers
Tyler Weingarten †
Alexandra Zerrillo * ** ::

*Of Counsel*
Patricia M. Comblo :: ±
Josie M. Conelley
Brian DiPentima*
Tricia M. Criscito
Roseann V. Driscoll
William Gagas ±
Rani B. Kulkarni
Nicole E. Martone
Joseph P. Muscarella
Seema Palmerson
Nicole C. Salerno *
Valerie L. Siragusa
Diana V. Solla
Paul Varriale
Karolina Wiaderna

* Also Admitted to Practice in NJ
** Also Admitted to Practice in CT
*** Also Admitted to Practice in NJ, CT, DC
– Admitted to Practice in Florida
■ Also Admitted to Practice in FL
‡ Also Admitted to Practice in NJ and PA
± Also Admitted to Practice in MA
∆ Also Admitted to Practice in Ohio
:: Admitted to Practice in CO
† Admission Pending



April 3, 2023

**VIA CM/ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> **Application DENIED. The parties shall file a joint case management plan by April 5, 2023, as directed in the Order dated April 3, 2023. The initial pretrial conference will proceed as scheduled, April 12, 2022.**
>
> **Dated: April 4, 2023**
> **New York, New York**
>
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Re:   *The Estate of Adamina Negron v. Providence Rest, Inc. et al.*
      Case No.: 1:23-cv-01293-LGS

Dear Judge Schofield:

The parties <u>jointly</u> submit this letter in response to the Court's April 3, 2023 Order with respect to the proposed Case Management Plan and upcoming conference in the above matter.

Threshold questions regarding whether this Court has subject matter jurisdiction to adjudicate this matter are currently the subject of two appeals before the Second Circuit Court of Appeals: *Leroy v. Hume*, Nos. 21-2158, 21-2159 (cons.), and *Rivera-Zayas v. Our Lady of Consolation Geriatric Care Center*, 21-2164.  On March 7, 2023, the Second Circuit rejected defendants' bases for federal jurisdiction in a third appeal, *Solomon v. St. Joseph Hospital,* No. 21-2729, and remanded that case back to state court.  The parties expect that decisions in *Leroy* and *Rivera-Zayas* will be forthcoming in the next thirty (30) days.

As such, given that underlying issues regarding this Court's jurisdiction are in dispute, the parties respectfully ask the Court to adjourn the time to file a Joint Proposed Case Management Plan and the Initial Conference, currently scheduled for April 12, 2023, for thirty (30) days.  In the event the Court grants this request, the parties will update the Court within thirty (30) days regarding the status of the Second Circuit appeals.

We thank the Court for its attention to this matter.

Sincerely,

*Megan A. Lawless*

Megan A. Lawless (ML3227)
(m.lawless@vbpnplaw.com)

TO: (via CM/ECF)
Napoli Shkolnik, PLLC
Joseph Ciaccio, Esq.
*Attorneys for Plaintiff*
400 Broadhollow Road, Suite 305
Melville, New York 11747
(212) 397-1000