```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
THE ESTATE OF ADAMINA NEGRON,                               :
                                    Plaintiff,              :
                                                            :   23 Civ. 1293 (LGS)
               -against-                                    :
                                                            :          ORDER
PROVIDENCE REST, INC., et al.,                              :
                                    Defendant.              :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for April 12, 2023;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan;

WHEREAS, Plaintiff filed a motion to remand to state court on April 5, 2023; It is hereby

**ORDERED** that the April 12, 2023, initial pretrial conference is **waived**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that Defendants shall file a response to Plaintiff's Motion to Remand to state court by **April 17, 2023**. Plaintiff may file a reply by **April 24, 2023**. It is further

**ORDERED** that if Defendants seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2 by **April 19, 2023**. Plaintiff may file a reply by **April 26, 2023**. It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to

proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral.

The Court does not ordinarily stay discovery pending motion practice. A separate Case Management Plan and Scheduling Order will be docketed. The parties should be aware that the Court does not extend the deadlines for discovery absent compelling circumstances.

Dated: April 11, 2023
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**